JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Seyid Melik Bingol,<br>Petitioner,<br>v.<br>Ernesto Santacruz, Jr. et al,<br>Respondent. | Case No. 5:26-cv-06611-AYP<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: November 19, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE